■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAIME LOPEZ, Appellant.—Judgment, Supreme Court, Bronx County (Fred Eggert, J.) rendered on April 29, 1987, unanimously affirmed. Motion by appellant for leave to enlarge the

record on appeal to include certain exhibits denied. No opinion. Concur—Murphy, P. J., Kupferman, Ross, Asch and Kassal, JJ.